PROB
8/10

Order Reducing Supervised Release Term
Prior to Original Expiration Date

# United States District Court
### FOR THE
### Middle District of Florida

UNITED STATES OF AMERICA

v.                                                                 Crim. No. 3:11-cr-252-J-39JBT

Josh Dewitt Landon

### ORDER OF THE COURT

On June 19, 2012, the above named was placed on supervised release for a period of two (2) years following incarceration. Supervision commenced on July 11, 2014. He has successfully completed all the rules and regulations of Reentry Court. It is accordingly ordered that the term of supervision be reduced by a period of one (1) year. As he has less than one year remaining on supervised release, the new termination date from supervision will be the date of execution of this order.

Dated this ___ day of __September__, 2015.

_____
United States District Judge